# EXHIBIT 3

Patent Number: 12,699,985
Title: Proxy card management system

| Claim 31 | Kohl's Mobile Application |
|---|---|
| A computer-implemented method for processing an indirect online purchase transaction by a server computer using a proxy identifier associated with a plurality of independent monetary accounts of a user, the method comprising: | The Kohl's mobile application enables customers to browse and purchase products from Kohl's online store. Customers create and sign in to a Kohl's account, which stores account information such as shipping addresses, payment methods, order history, and Kohl's Rewards information. During online checkout, a customer selects products for purchase, chooses a payment method, such as a credit card, debit card, Kohl's Card, or gift card, to complete the transaction. The payment information is submitted for authorization, and upon successful authorization, Kohl's confirms the order and completes the online purchase.<br><br>The purchase transaction carried out by a Kohl's customer using the Kohl's mobile application corresponds to "an indirect online purchase transaction." The transaction is an indirect online purchase transaction because the customer completes the purchase using a proxy identifier — the customer's Kohl's account and its associated Rewards ID — that stands in for the customer's underlying monetary accounts, rather than by presenting the underlying accounts themselves. Kohl's, not the customer, then conducts the constituent payment transactions with the underlying accounts server-side, while the customer sees a single overall transaction.<br><br>The server (or servers) at the backend controlled by Kohl's for the purpose of providing payment functionality to the Kohl's mobile application correspond to "a server computer".<br><br>The customer's Kohl's rewards ID associated with the Kohl's mobile application corresponds to "a proxy identifier".<br><br>Kohl's Cash monetary account, Kohl's Coupon monetary account, a Kohl's Card (Private Label Credit Card) Kohl's Gift Card monetary account, a debit card or credit card account of a Kohl's customer that has been added to the customer's Kohl's account on the Kohl's mobile application corresponds to "a plurality of independent monetary accounts of a user." |




Source: [https://www.kohls.com/feature/app.jsp?icid=ft-connect-learn-more](https://www.kohls.com/feature/app.jsp?icid=ft-connect-learn-more)




Source: Screenshots taken after installing defendant's application (Kohl's application).

As shown above, the customer signs into the customer's Kohl's account on the Kohl's mobile app using the login credential and a welcome page with the customer's Rewards ID is displayed. The customer's Kohl's account and the associated Rewards ID is "a proxy identifier."




Source: Screenshots taken after installing defendant's application (Kohl's application).

As shown above in the second and the third screenshot a Gift Card monetary account and a Credit/Debit card monetary account associated with the customer's Kohl's account ("a proxy identifier") is displayed on the Kohl's mobile app. The Gift Card monetary account and the Credit/Debit card monetary account are examples of the "plurality of independent monetary accounts of a user" associated with a proxy identifier.

**AMENDED AND RESTATED CREDIT CARD PROGRAM AGREEMENT**

**by and between**

**KOHL'S, INC.**

**and**

**CAPITAL ONE, NATIONAL ASSOCIATION**

**Dated as of March 14, 2022**

4.2 Certain Responsibilities of Kohl's.

Subject to **Schedule 4.1(c)** and, solely with respect to the Co-Brand Program, **Schedule 2.2(b)**, in addition to its other obligations set forth elsewhere in this Agreement, the parties agree that during the Term, Kohl's shall, on behalf of itself or, as applicable, as servicer for Bank:

(a) maintain (internally or via a third party) one or more systems to process Credit Card Applications, establish new Accounts, assign, increase and decrease credit lines, and authorize Transactions;

(b) maintain call center operations to respond to inquiries from Cardholders and to deal with billing related claims and adjustments (including making finance charges and late fee reversals);

(c) provide Account monitoring services, including identifying delinquencies, identifying collection efforts required, implementing credit-line adjustments, over limit authorizations and Account reactivation, deactivation or cancellation;

(d) handle collection and recovery efforts with respect to Accounts and determine collections dialing strategies in accordance with **Schedule 4.2(d)**;

(e) be responsible for Credit Card Application processing, customer service, statementing, payment processing, Transaction authorization and processing, Value Proposition administration (including all aspects of the redemption and fulfillment of any rewards in connection therewith), collections and risk management;

8.1 Transmittal and Authorization of Charge Transaction Data.

(a) Kohl's will accept the Private Label Credit Cards for Transactions. Kohl's will transmit Charge Transaction Data for authorization of Transactions as provided in the Operating Policies. If Kohl's is unable to communicate with the authorization system for any reason, Kohl's may complete Transactions without receipt of further authorization as provided in the Operating Policies.

(b) Bank, through Kohl's as servicer for the PLCC Program until the Systems/Servicing Transition Date, shall authorize or decline Transactions on a real time basis as provided in the Operating Policies, including transactions involving split-tender (i.e., a portion of the total transaction amount is billed to a Private Label Credit Card and the remainder is paid through one or more other forms of payment).

Source:
https://www.sec.gov/Archives/edgar/data/885639/000095017022011077/kss-ex10_1.htm

Kohl's operates its transaction systems ("a server computer") to initiate and process customer purchase transactions. When a customer uses a Kohl's Private Label Credit Card (Kohl's card) or another credit or debit card, Kohl's transmits the transaction data for authorization through the applicable payment processing network to the card issuer, which approves or declines the transaction.

<table>
<tr>
<td></td>
<td>




<br>
Source: Screenshots taken after installing defendant's application (Kohl's application).
</td>
</tr>
<tr>
<td>receiving a payment processing request for the indirect online purchase transaction that includes the proxy identifier and a requested transaction amount;</td>
<td>After the customer touches the 'Place Order' button, Kohl's "receives a payment processing request for the indirect online purchase transaction."<br><br>The customers account information and the associated Rewards ID are used by the Kohl's mobile app for processing a transaction of a specific amount (e.g., $35 as shown below). This corresponds to "a purchase transaction that includes the proxy identifier and a requested transaction amount."</td>
</tr>
</table>

| | |
|---|---|
| | <br><br>Source: Screenshots taken after installing defendant's application (Kohl's application).<br><br>As shown above, Kohl's receives the customer's account information (such as Rewards ID etc.) and the transaction amount (such as $35) when the customer clicks on the 'Place Order' button for placing the order. |
| retrieving, in response to the payment processing request, (i) information identifying the plurality of independent monetary accounts and (ii) one or more allocation rules associated with | Kohl's stores information associated with a customer's monetary accounts, including a Kohl's Cash account, a Kohl's Coupon account, a Kohl's Card (Private Label Credit Card) account, a Kohl's Gift Card account, and any debit or credit card account that the customer has added to their Kohl's account through the Kohl's mobile application. Kohl's also stores rules governing how a payment is allocated between multiple monetary accounts of a customer. For example, if a customer has both a gift card and a credit card, the gift card is applied to the purchase first, and any remaining balance is then charged to the customer's credit card. Kohl's uses the customer's monetary account information and the payment allocation rules to complete the purchase transaction.<br><br>Kohl's Cash monetary account, Kohl's Coupon monetary account, a Kohl's Card (Private Label Credit Card) Kohl's Gift Card monetary account, a debit card or credit card account of a Kohl's customer that has been added to the customer's Kohl's account on the Kohl's mobile application corresponds to "the plurality of independent monetary accounts".<br><br>An allocation rule requiring the application of a Kohl's gift card and other credit/debit card associated with the account/Rewards ID of the customer corresponds to "one or more allocation rules associated with the proxy |

| | |
|---|---|
| the proxy identifier; | identifier." In addition, Kohl's applies Kohl's Cash and Kohl's Rewards toward the order balance before any remaining amount is charged to a selected payment card, further satisfying the claimed "allocation rules associated with the proxy identifier."<br><br><br>Source: Screenshots taken after installing defendant's application (Kohl's application).<br><br>Kohl's stores the customer's payment card information, including gift card and credit/debit card information, and uses that information during a purchase transaction.<br><br>**Using a Gift Card or Kohl's Merchandise Credit**<br>A Gift Card or Kohl's Merchandise Credit (KMC) must be applied to the full purchase price of an online order, prior to any credit card being applied. If the remaining balance of the Gift Card or KMC does not cover the full purchase amount, the remaining payment will then be applied to your selected credit card.<br><br>Source: [https://www.kohls.com/faq/article/192](https://www.kohls.com/faq/article/192)<br><br>As shown above, an allocation rule for allocating the purchase transaction amount among a Kohl's customer's different monetary accounts. |
| selecting, based on the one or more allocation | Kohl's stores rules governing how a payment amount is allocated between multiple monetary accounts of a customer. The multiple monetary accounts include a Kohl's Cash account, a Kohl's Coupon account, a Kohl's Card (Private Label Credit Card) account, a Kohl's Gift Card account, and any debit or credit card account that the customer has added to their Kohl's account through the |

| | |
|---|---|
| rules associated with the proxy identifier, at least one of the plurality of independent monetary accounts to fund the indirect online purchase transaction and a respective portion of the requested transaction amount for each selected independent monetary account; | Kohl's mobile application. For example, if a customer has both a gift card and a credit card, the gift card is applied to the purchase first, and any remaining balance is then charged to the customer's credit card.<br><br>An allocation rule requiring the application of a Kohl's gift card and other credit/debit card associated with the account/Rewards ID of the customer corresponds to "selecting, based on the one or more allocation rules associated with the proxy identifier, at least one of the plurality of independent monetary accounts to fund the indirect online purchase transaction."<br><br>As shown below, the total transaction amount ($35) is allocated between a gift card ($10) and a credit card ($25). This corresponds to "respective portion of the requested transaction amount for each selected independent monetary account."<br><br>$35 is "the requested transaction amount."<br><br>$10 and $25 allocated to the gift card and credit card respectively corresponds to "a respective portion of the requested transaction amount."<br><br>**Using a Gift Card or Kohl's Merchandise Credit**<br><br>A Gift Card or Kohl's Merchandise Credit (KMC) must be applied to the full purchase price of an online order, prior to any credit card being applied. If the remaining balance of the Gift Card or KMC does not cover the full purchase amount, the remaining payment will then be applied to your selected credit card.<br><br>Source: https://www.kohls.com/faq/article/192<br><br>As shown above, an allocation rule for allocating the purchase transaction amount among a Kohl's customer's different monetary accounts. |

| | |
|---|---|
| | <br><br><br>Source: Screenshots taken after installing defendant's application (Kohl's application).<br><br>Kohl's stores the customer's payment card information, including gift card and credit/debit card information, and uses that information during a purchase transaction. As shown in the third screenshot, the total transaction amount ($35) is allocated between a gift card ($10) and a credit card ($25). |
| initiating, for each selected independent monetary account, a payment for a respective portion of the requested transaction amount from that independent | Kohl's operates its transaction systems to initiate and process customer purchase transactions. The total transaction amount (*e.g.*, as shown below, $35) is allocated among different monetary accounts of the customer, with $10 charged to the gift card account and $25 charged to the credit card account. Kohl's sends an authorization request for gift card to determine whether the customer's gift card account has sufficient funds. For a credit or debit card, Kohl's transmits the transaction data through the applicable payment processing network to the card issuer for authorization, and the card issuer approves or declines the transaction. The card issuer can accept (authorize) or decline the payment.<br><br>The $10 allocated to the gift card account and $25 allocated to the credit card account corresponds to "a respective portion of the requested transaction amount from that independent monetary account."<br><br>Kohl's initiating the purchase transaction with the multiple monetary accounts of the customer corresponds to "initiating, for each selected independent monetary account, a payment for a respective portion of the requested transaction amount." |

<table>
<tr>
<td>monetary account;<br><br>obtaining authorization information from respective payment processing systems associated with each selected independent monetary account;</td>
<td>

Kohl's sending authorization request to the customer's gift card and credit card account issuer through the applicable payment processing network and waiting for the authorization corresponds to "obtaining authorization information from respective payment processing systems associated with each selected independent monetary account."




Source: Screenshots taken after installing defendant's application (Kohl's application).

**AMENDED AND RESTATED CREDIT CARD PROGRAM AGREEMENT**

**by and between**

**KOHL'S, INC.**

**and**

**CAPITAL ONE, NATIONAL ASSOCIATION**

**Dated as of March 14, 2022**

</td>
</tr>
</table>

| | |
|---|---|
| | 4.2 Certain Responsibilities of Kohl's.<br><br>Subject to **Schedule 4.1(c)** and, solely with respect to the Co-Brand Program, **Schedule 2.2(b)**, in addition to its other obligations set forth elsewhere in this Agreement, the parties agree that during the Term, Kohl's shall, on behalf of itself or, as applicable, as servicer for Bank:<br><br>(a) maintain (internally or via a third party) one or more systems to process Credit Card Applications, establish new Accounts, assign, increase and decrease credit lines, and authorize Transactions;<br><br>(b) maintain call center operations to respond to inquiries from Cardholders and to deal with billing related claims and adjustments (including making finance charges and late fee reversals);<br><br>(c) provide Account monitoring services, including identifying delinquencies, identifying collection efforts required, implementing credit-line adjustments, over limit authorizations and Account reactivation, deactivation or cancellation;<br><br>(d) handle collection and recovery efforts with respect to Accounts and determine collections dialing strategies in accordance with **Schedule 4.2(d)**;<br><br>(e) be responsible for Credit Card Application processing, customer service, statementing, payment processing, Transaction authorization and processing, Value Proposition administration (including all aspects of the redemption and fulfillment of any rewards in connection therewith), collections and risk management;<br><br>8.1 Transmittal and Authorization of Charge Transaction Data.<br><br>(a) Kohl's will accept the Private Label Credit Cards for Transactions. Kohl's will transmit Charge Transaction Data for authorization of Transactions as provided in the Operating Policies. If Kohl's is unable to communicate with the authorization system for any reason, Kohl's may complete Transactions without receipt of further authorization as provided in the Operating Policies.<br><br>(b) Bank, through Kohl's as servicer for the PLCC Program until the Systems/Servicing Transition Date, shall authorize or decline Transactions on a real time basis as provided in the Operating Policies, including transactions involving split-tender (i.e., a portion of the total transaction amount is billed to a Private Label Credit Card and the remainder is paid through one or more other forms of payment).<br><br>Source: https://www.sec.gov/Archives/edgar/data/885639/000095017022011077/kss-ex10_1.htm<br><br>Kohl's operates its transaction systems to initiate and process customer payment transactions. When a customer uses a Kohl's Private Label Credit Card (Kohl's card) or another credit or debit card, Kohl's transmits the transaction data for authorization through the applicable payment processing network to the card issuer, which approves or declines the transaction. |
| generating, based on the authorization information, a proxy authorization code for the indirect online | Kohl's receives the authorization responses from the issuers of the customer's gift card and credit card accounts. Kohl's generates an order confirmation code when the payment is authorized by both the gift card issuer and the credit card issuer.<br><br>The order confirmation code is "a proxy authorization code for the indirect online purchase transaction". The order confirmation code is generated by Kohl's itself — not by the gift card payment system or the credit/debit card issuer — and bears Kohl's uniform order-number format regardless of which, or how many, independent monetary accounts fund the transaction. It is thus a proxy authorization code distinct from the issuer authorization codes Kohl's obtains for each selected account, generated based on the authorization information returned for each selected account. |

| | |
|---|---|
| purchase transaction; | Kohl's generating the order confirmation code based on the authorization responses received from the gift card and credit card issuer corresponds to "generating, based on the authorization information, a proxy authorization code for the indirect online purchase transaction."   Source: Screenshots taken after installing defendant's application (Kohl's application). |
| storing, in memory, mapping data associating the proxy authorization code with respective authorization information corresponding to each selected independent | Kohl's backend server (or servers) includes a memory that is used to provide payment functionality for the Kohl's mobile application. Kohl's generates an order confirmation code after receiving authorization information from the customer's two or more monetary accounts. When Kohl's generates the order confirmation code, it stores the authorization information associated with each monetary account used to complete the purchase transaction for that order. These monetary accounts may include a Kohl's Cash account, a Kohl's Coupon account, a Kohl's Card (private label credit card) account, a Kohl's Gift Card account, and a debit card or credit card account that the customer has added to the customer's Kohl's account through the Kohl's mobile application.<br><br>Kohl's collects and stores information related to an order placed by a customer, specifically the account number or other financial information used to place the order using the Kohl's mobile app. This corresponds to "storing, in memory, mapping data associating the proxy authorization code with respective authorization information corresponding to each selected independent monetary account".<br><br>Kohl's generating the order confirmation code based on the authorization response from the gift card and credit card account of the customer corresponds |

Daignault Iyer

~~Attorney Client Privileged~~
~~Confidential~~

<table>
<tr>
<td>monetary<br><br>account;</td>
<td>
to “associating the proxy authorization code with respective authorization information corresponding to each selected independent monetary account”. Kohl’s observable order-servicing behavior confirms that this mapping data is stored.<br><br>
No Receipt?<br><br>
Most returns are accepted with or without a receipt. Associates can look up your order using:<br>
• Order number<br>
• Kohl’s Rewards account<br>
• Credit card number<br>
• Return barcode in the Kohl’s App<br><br>
See https://www.kohls.com/faq/article/893.<br><br>
TYPES OF PERSONAL INFORMATION WE COLLECT<br><br>
Kohl's collects personal information from you and about you. For purposes of this Privacy Policy, the term “personal information” means information that identifies or is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with you or your household.<br><br>
This may include:<br><br>
Internet or other electronic network activity information<br><br>
We may collect information, including through the use of third-party software, related to your browsing history, search history and other information regarding your interactions with our Platforms or advertisements, including, without limitation, actions you perform (e.g. clicks, mouse movements, keystrokes, entering and submitting information) on the Site.<br><br>
Information You Post or Submit. For example, we may collect information when you contact us through the “Live Chat” feature on our site. We may also collect information submitted in connection with creating an account, completing an application, placing an order or making a purchase, including bank account numbers or other financial information. We may collect information you post in a public space on our site. This may include our Ratings & Reviews feature.<br><br>
Device Information. For example, we may collect the type of device you use to access our Platforms. It may also include your device identification number, browser, or mobile operating system.<br><br>
Usage Information. We may look at how you interact with the Platforms. If you use our app, we may look at how often you use the app and where you downloaded it.<br><br>
STORAGE OF INFORMATION<br><br>
Information we maintain may be stored in the United States. If you live outside of the United States, you understand and agree that we may transfer your personal information to the United States. This site is subject to U.S. laws, which may not provide the same level of protections as those in your own country.<br><br>
Source: https://www.kohls.com/feature/privacy-policy.jsp
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>



Source: Screenshots taken after installing defendant's application (Kohl's application).
</td>
</tr>
<tr>
<td>transmitting respective allocation data of the requested transaction amount to the selected independent monetary accounts; and</td>
<td>
Kohl's allocates the requested transaction amount among the selected independent monetary accounts and transmits the respective allocated amounts to the payment systems maintaining those accounts. In the example below, of the $35.00 requested transaction amount, Kohl's respectively transmits the $10.00 allocated to the customer's gift card account to the gift card payment system, and transmits the $25.00 allocated to the customer's credit card account to the card issuer through the applicable payment processing network, for processing against each account.

Kohl's transmission of the respective allocated amounts — $10.00 to the customer's gift card account and $25.00 to the customer's credit card account — corresponds to "transmitting respective allocation data of the requested transaction amount to the selected independent monetary accounts." Moreover, Kohl's credit card program agreement confirms that Kohl's transaction systems process "transactions involving split-tender (*i.e.*, a portion of the total transaction amount is billed to a Private Label Credit Card and the remainder is paid through one or more other forms of payment)."
</td>
</tr>
</table>




Source: Screenshots taken after installing defendant's application (Kohl's application).

**AMENDED AND RESTATED CREDIT CARD PROGRAM AGREEMENT**

**by and between**

**KOHL'S, INC.**

**and**

**CAPITAL ONE, NATIONAL ASSOCIATION**

**Dated as of March 14, 2022**

| | |
|---|---|
| | 4.2 Certain Responsibilities of Kohl's.<br><br>Subject to **Schedule 4.1(c)** and, solely with respect to the Co-Brand Program, **Schedule 2.2(b)**, in addition to its other obligations set forth elsewhere in this Agreement, the parties agree that during the Term, Kohl's shall, on behalf of itself or, as applicable, as servicer for Bank:<br><br>(a) maintain (internally or via a third party) one or more systems to process Credit Card Applications, establish new Accounts, assign, increase and decrease credit lines, and authorize Transactions;<br><br>(b) maintain call center operations to respond to inquiries from Cardholders and to deal with billing related claims and adjustments (including making finance charges and late fee reversals);<br><br>(c) provide Account monitoring services, including identifying delinquencies, identifying collection efforts required, implementing credit-line adjustments, over limit authorizations and Account reactivation, deactivation or cancellation;<br><br>(d) handle collection and recovery efforts with respect to Accounts and determine collections dialing strategies in accordance with **Schedule 4.2(d)**;<br><br>(e) be responsible for Credit Card Application processing, customer service, statementing, payment processing, Transaction authorization and processing, Value Proposition administration (including all aspects of the redemption and fulfillment of any rewards in connection therewith), collections and risk management;<br><br>8.1 Transmittal and Authorization of Charge Transaction Data.<br><br>(a) Kohl's will accept the Private Label Credit Cards for Transactions. Kohl's will transmit Charge Transaction Data for authorization of Transactions as provided in the Operating Policies. If Kohl's is unable to communicate with the authorization system for any reason, Kohl's may complete Transactions without receipt of further authorization as provided in the Operating Policies.<br><br>(b) Bank, through Kohl's as servicer for the PLCC Program until the Systems/Servicing Transition Date, shall authorize or decline Transactions on a real time basis as provided in the Operating Policies, including transactions involving split-tender (i.e., a portion of the total transaction amount is billed to a Private Label Credit Card and the remainder is paid through one or more other forms of payment).<br><br>Source: https://www.sec.gov/Archives/edgar/data/885639/000095017022011077/kss-ex10_1.htm<br><br>Kohl's operates its transaction systems to initiate and process customer payment transactions. When a customer uses a Kohl's Private Label Credit Card (Kohl's card) or another credit or debit card, Kohl's transmits the transaction data for authorization through the applicable payment processing network to the card issuer, which approves or declines the transaction. |
| transmitting the proxy authorization code in lieu of the respective authorization information corresponding to the selected | After Kohl's generates an order confirmation code based on the authorization responses received from one or more monetary accounts of the customer, Kohl's transmits the order confirmation code to the customer's mobile application. The mobile application then displays the order confirmation code, along with the details of the completed purchase transaction, to the customer, thereby confirming that the payment has been successfully authorized and the order has been accepted for processing. The customer receives a single Kohl's order confirmation code for the transaction regardless of how many independent monetary accounts funded it, and the individual authorization codes returned by the gift card payment system and the card issuer are not transmitted to the customer. The order confirmation code (*i.e.* the proxy authorization code) is thus transmitted "in lieu of the respective authorization information corresponding to the selected independent monetary accounts." As shown in the confirmation |

| | |
|---|---|
| independent monetary accounts. | screenshot, only the order number is displayed; no per-account authorization information appears.<br><br><br>Source: Screenshots taken after installing defendant's application (Kohl's application). |